Atti. This is the third 2241 Motion I've filed this year. The issue in this petition is un-related to my 2 previous motions. Please do not construe as a Supplemental Petition. This is a new motion un-related to anything already filed. Please assign me a new case #.
AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

/S/S/I

# UNITED STATES DISTRICT COURT
## for the
## Western District of Pennsylvania

no fee or IFP

Joshua Blake Wise
*Petitioner*

v.

Case No. 1:23cv308
*(Supplied by Clerk of Court)*

RECEIVED

Warden Hutchinson
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

NOV 0 3 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Joshua Blake Wise
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Federal Correctional Institute - McKean
   (b) Address: P.O. Box 8000, Bradford, Pennsylvania 16701

3. Are you currently being held on orders by:
   ☑ Federal authorities  ☐ State authorities  ☐ Other - explain:
   (c) Your identification number: 69852-019

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court for the Southern District of Alabama (Mobile, AL)
   (b) Docket number of criminal case: 1:15-cr-00300-WS-N (1)
   (c) Date of sentencing: Feb 2nd 2018 / Incarceration Began on April 2nd 2017
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other (explain): The BOP's Refusel to apply My FSA Federal Time Credits. I have earned 365 Days Toward My Release and 145 Days for RRC/HC

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: FBOP, Central Office, Washington, D.C.
   (b) Docket number, case number, or opinion number: Admin Remedy No. 1163895-A1
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): "BP-11" The Deniel of the Application of my earned FSA/Federal Time Credits
   (d) Date of the decision or action: 10-13-2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes  ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Admin Remedy BP-9 Wardens Office, FCI Mckean
   (2) Date of filing: 05-30-2023
   (3) Docket number, case number, or opinion number: Remedy No. 1163895-F1
   (4) Result: Denied
   (5) Date of result: 06-16-2023
   (6) Issues raised: The Application of my earned FSA/Federal Time Credits

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes  ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: **Regional Admin Remedy Appeal BP-10 Philadelphia, PA**
    (2) Date of filing: **06-22-2023**
    (3) Docket number, case number, or opinion number: **1163895-R1**
    (4) Result: **Denied**
    (5) Date of result: **09-06-2023**
    (6) Issues raised: **The application of my earned FSA/Federal time credits. Same as BP-9**

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes    ☐ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: **FBOP Central Office Admin Remedy Appeal BP-11, Washington, DC**
    (2) Date of filing: **09-29-2023**
    (3) Docket number, case number, or opinion number: **Remedy No. 1163895-A1**
    (4) Result: **Denied**
    (5) Date of result: **10-13-2023**
    (6) Issues raised: ~~The application of my earned FSA/Federal time credits.~~ **Same as BP-10.**

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☒ No

If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      If "Yes," provide:
      (1) Name of court:
      (2) Case number:
      (3) Date of filing:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes      ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. Appeals of immigration proceedings

Does this case concern immigration proceedings?

☐ Yes      ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: **The Bureau of Prisons has refused to apply the Petitioner's earned First Step Act Credits.**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

To date, the Petitioner has earned over nearly 500 days credit under the First Step Act. The Bureau of Prisons has refused to consider the application based solely on the Petitioner's "high" PATTERN score, even though the First Step Act specifically allows the Warden to approve the application of those earned credits

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

GROUND TWO: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

GROUND THREE: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

GROUND FOUR: _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

Request for Relief

15. State exactly what you want the court to do: **I am requesting the application of my earned First Step Act credits. The application of those credits would make me eligible for immediate release or release to a halfway house.**

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

__10-27-2023__

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: __10-27-2023__    _____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

Attn: Clerk of Court                    "IMPORTANT LETTER"
To Whom It May Concern

    This is the 3rd 2241 Motion/Petition I have filed within the last 12 months. My arguement for this Petition is the BoP's failure to apply My Earned First Step Act/Federal Time Credits toward my release date and or Halfway house. This 2241 Petition is a totally seperate issue than the 2 other 2241 Motions I have filed.

    The reason I am writing this letter is to make sure the clerk of court treats this Petition as a "NEW" Motion and not a Supplemental Petition. I need for "this Petition" to recieve it's own Individual Case Number. I will pay the $5 Dollar filing fee that is required.

    I just want to make sure what happened in october, 2023 with the 2nd 2241 Motion I filed does not happen with this one my 3rd Petition.

    My 2nd Petition I filed was treated as a Supplemental Petition by the clerk and the judge had to correct the Issue. The 2nd Petition I filed was an unrelated issue to my first Petition which was for an Incident Report I was filing on. My arguement in my 2nd 2241 Petition was for the BoP's failure to award me Prior Custody Credit, So when the judge saw this. He sent me an "order" letting me know I would recieve a NEW CASE NUMBER for the 2nd 2241 Motion I filed. So with that being said I am just making sure that this issue does not happen again. This Petition should be the 3rd case # I recieve regarding my 2241 Motions.

                            Thanks you,
                            Joshua Wise #69852-019